444 A.2d 1165

**In re Objections To the Nomination Petition of James R. CAVANAUGH For the 1982 Primary Election For the Democratic Nomination For the Office of Justice of the Supreme Court of Pennsylvania.**

**Appeal of James R. CAVANAUGH.**

Supreme Court of Pennsylvania.

Argued April 22, 1982.

Decided April 26, 1982.

Gregory M. Harvey, Marc J. Sonnenfeld, Philadelphia, for appellant.

Richard L. Orwig, Reading, for objector—Forrest G. Schaeffer.

Molly A. McCurdy, Deputy Atty. Gen., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

Order affirmed. —— Pa.Cmwlth. ——, 444 A.2d 1308.